UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONESE JACKSON, KELVIN CHAPLIN,
and VENTRICE BROWN,

    Plaintiffs,

v.                                                                                  CASE NO: 8:10-cv-1483-T-26TBM

CHECKERS DRIVE-IN RESTAURANTS,
INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Compel and for Sanctions (Dkt. 17) is denied for two reasons. First, the motion does not comply with the requirements of Local Rule 3.04(a). Second, this Court will not entertain motions to compel filed after the close of discovery. However, Plaintiffs' counsel is put on notice that any document not produced to Defendant pursuant to the Third Request for Production of Documents will not be admitted into evidence at any trial of this case.

**DONE AND ORDERED** at Tampa, Florida, on June 17, 2011.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record